**IN THE SUPERIOR COURT
OF GUAM**

| | |
|---|---|
| PEOPLE OF GUAM, ) | Criminal Case No. CM0054-17 |
| Plaintiff, ) | |
| vs. ) | |
| STANLEY STEPHEN, ) | **DECISION & ORDER** |
| Defendant. ) | |

**INTRODUCTION**

This matter came before the Honorable Michael J. Bordallo on the People of Guam's Motion for Leave to Dismiss. The People of Guam are represented by Assistant Attorney General Jeremy Kemper. Defendant Stanley Stephen is represented by Assistant Public Defender William Bischoff. Having considered the moving papers, arguments, record, and applicable law, the Court issues the following Decision and Order granting the People's Motion and dismisses this case.

**DISCUSSION**

On January 30, 2017, the Attorney General of Guam accused and charged Defendant of the following: Assault (As a Misdemeanor), Disorderly Conduct (As a Petty Misdemeanor), and Public Drunkenness (As a Violation). On September 26, 2017, this Court granted

Defendant's Motion to Dismiss for Civil Compromise with respect to the Assault (As a Misdemeanor) charge, but denied the motion with respect to the Disorderly Conduct and Public Drunkenness charges.

On January 22, 2018, the People filed the present motion requesting leave to dismiss the case against Defendant. The People represent that Defendant has abided by all the terms of his pre-trial release. As such, the People assert that the interests of justice require dismissal of this case. Under Guam law, "[t]he prosecuting attorney may with leave of court file a dismissal of an indictment, information or complaint and the prosecution shall thereupon terminate... The prosecuting attorney shall file a statement of his reasons for seeking dismissal when he applies for leave to file a dismissal and where leave is granted the court's order shall set forth the reasons for granting such leave." 8 G.C.A. 80 § 80.70(a).

Here, the Court agrees with the People. Defendant Stephen has complied with all of his pre-trial release conditions and has not required the Court to address any violation. Further, the most serious charge against him has been dismissed. Because of his actions to resolve his conduct through civil compromise and his upstanding behavior since the inception of this matter, the Court determines that dismissal is appropriate.

\\

\\

\\

## CONCLUSION AND ORDER

Based on the foregoing, the Court GRANTS the People's Motion for Leave to File Dismissal. The Court ORDERS the Complaint against Defendant Stanley Stephen DISMISSED and the matter CLOSED.

SO ORDERED, this _____ day of _____ 2018.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

SERVICE VIA COURT BOX

I acknowledge that a copy of the original hereto was placed in the court box of: 1) AG 2) PDSC 3) GPD

Date: 6/5/18  Time: 12:10

Deputy Clerk, Superior Court of Guam